

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2022

No. 04-22-00084-CR

Julian **BAZAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1157
Honorable Frank J. Castro, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on March 16, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2022.

_____
Michael A. Cruz, Clerk of Court